In the Matter of the Application of MICHAEL J. LEONARD, Respondent, for a Mandamus Order against HARRY TAPPEN, Supervisor, and Others, as the Town Board of the Town of Oyster Bay and Another, Appellants, and UNITED STATES CREMATION COMPANY, LTD., and Another, Defendants.— The petitioner, a tax-payer and resident of the town of Oyster Bay, applied for a peremptory mandamus order requiring the town board to correct the minutes of its meeting, held on May 28, 1934, so as to show that a change in its zoning classification concerning the property was not accomplished and that no public hearing was had in respect to such change, and directing the building inspector to cancel a permit for the construction of a crematory. By a resettled order, the Special Term denied the application for a peremptory mandamus order but directed that an alternative order issue. The building inspector and the town board appeal from that part of the order which grants the application for an alternative order of mandamus. Resettled order, in so far as appealed from, reversed on the law and not in the exercise of discretion, with costs, and application denied, with ten dollars costs and disbursements. No issue of fact is presented and the court erred in granting an alternative order. On the facts, the petitioner is not entitled to relief. Lazansky, P. J., Hagarty, Tompkins, Davis and Johnston, JJ., concur.

In the Matter of the Application of P. R. MALLORY & Co., INCORPORATED, Respondent, to Confirm the Award Made June 8, 1933, in the Arbitration Proceedings between P. R. MALLORY & Co., INCORPORATED, and AEROVOX CORPORATION, Appellant, under a Statement of Facts and Agreement for Arbitration. — Appeal from orders granting respondent's motion for confirmation of a decision and award by an arbitrator and from the judgment entered thereon. Orders and judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Tompkins, Davis and Johnston, JJ.

SARAH KURLAND and Another, Respondents, v. SAMUEL KAPLOWITZ, Appellant, and JACOB KREPPEL, Defendant.— In an action to recover damages for personal injuries sustained by plaintiff wife as the result of defendants' negligence in failing to clear away snow from steps of premises under their ownership and control, and by her husband to recover for expenses and loss of services, judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Tompkins and Johnston, JJ.; Davis, J., not voting.

PATRICK O'KEEFE, Respondent, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant.— The action is to recover the proceeds of a life insurance policy in the sum of $500 issued on the life of one Daniel O'Keefe. Order of Appellate Term affirming a judgment of the Municipal Court, Borough of Queens, reversed on the law and the facts, judgment of the Municipal Court reversed and complaint dismissed, with costs in all courts, on the ground that the verdict was contrary to the evidence. Hagarty, Tompkins, Davis and Johnston, JJ., concur; Lazansky, P. J., votes for reversal and a new trial.